# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SCOTT D. WEST & MICHELLE WEST    Case Number: 08-70852
5112 CITADEL CT.    SSN-xxx-xx-8447 & xxx-xx-3647
ROCKFORD, IL  61109

Case filed on: 3/25/2008
Plan Confirmed on: 9/5/2008

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $6,110.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LEGAL HELPERS PC | 3,500.00 | 3,500.00 | 2,600.00 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 2,600.00 | 0.00 |
| 002 | CODILIS & ASSOCIATES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMMERCIAL RECOVERY SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | FINANCIAL RECOVERY SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ISLAND NATIONAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | SCOTT D. WEST | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICA'S SERVICING COMPANY | 41,359.48 | 3,057.22 | 3,057.22 | 0.00 |
|  | Total Secured | 41,359.48 | 3,057.22 | 3,057.22 | 0.00 |
| 003 | AFNI, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ASSET ACCEPTANCE CORP | 149.54 | 149.54 | 0.34 | 0.00 |
| 005 | ASSOC COLL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BARON COLL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | JP MORGAN CHASE BANK | 6,523.55 | 6,523.55 | 14.74 | 0.00 |
| 010 | JEFFERSON CAPITAL SYSTEMS, LLC | 2,763.07 | 2,763.07 | 6.24 | 0.00 |
| 011 | PREMIER BANKCARD/CHARTER | 278.94 | 278.94 | 0.63 | 0.00 |
| 012 | HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MIDLAND CREDIT MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MUTUAL MANAGEMENT SERVICES | 327.69 | 327.69 | 0.74 | 0.00 |
| 018 | ROUNDUP FUNDING LLC | 172.54 | 172.54 | 0.39 | 0.00 |
| 019 | PROGRESSIVE MANAGEMENT SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 10,215.33 | 10,215.33 | 23.08 | 0.00 |
|  | Grand Total: | 55,074.81 | 16,772.55 | 5,680.30 | 0.00 |

Total Paid Claimant: $5,680.30
Trustee Allowance: $429.70
Percent Paid Unsecured: 0.23

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009    By  /s/Heather M. Fagan